IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-00125-RPM-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

770 LOOP ROAD, LEADVILLE, COLORADO, 80461,
$10,846.00 IN UNITED STATES CURRENCY, and
$6,546.06 IN UNITED STATES CURRENCY,

      Defendants,

SCOTT GORDON, and
AURORA LOAN SERVICES,

      Claimants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      Pending before the court is a Motion to Withdraw filed by Brandee L. Caswell on March 27, 2006 (doc. no. 67). It is hereby **ORDERED** that the instant motion is **GRANTED.**

      Brandy Caswell is relieved of any further representation of Claimant Aurora Loan Services in the above captioned matter. The Clerk's Office is instructed to remove Ms. Caswell from the electronic certificate of mailing.

**DATED:**      March 28, 2006